# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151516

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DONALD HOWARD GARLAND,
      Defendant-Appellant.

SC: 151516
COA: 324483
Berrien CC: 2009-002829-FH;
               2009-001913-ST;
               2010-001579-FH;
               2012-000916-FH

_____/

On order of the Court, the application for leave to appeal the March 25, 2015 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2016

Clerk

s0919